_____ FILED          _____ ENTERED
_____ LODGED     _____ RECEIVED

**NOV 29 2018**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

24.  MICHAEL JOHN SCOTT,

      Defendant.

No. **CR 18-5579** RBL

ORDER ISSUING BENCH WARRANT

    An Indictment having been returned against the above-named defendant, now therefore

    IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

    DATED this 28th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES ___XX___   NO _____**

ORDER ISSUING BENCH WARRANT – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970