FILED
RECEIVED
DEC 07 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, )   No. CR18- 5579 RBL -24
                          )
         Plaintiff,       )
                          )
   v.                     )   INVOCATION OF RIGHTS AT
Michael John Scott,       )   INITIAL APPEARANCE
                          )
         Defendant.       )
                          )

I, Michael John Scott, the defendant in the above-entitled case, accept Amy Muth as my attorney, and invoke my Fifth and Sixth Amendment rights to have my attorney present for any and all questioning, interrogation or examination by law enforcement. This invocation of my rights applies to the investigation in this case, and any other matter that may be the subject of investigation. I also assert my right to remain silent. I revoke any previous waivers relating to questioning and revoke any consent I have given to search.

DATED this 7th day of December, 2018.

_____
Defendant

INVOCATION OF RIGHTS AT
INITIAL APPEARANCE - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710