Magistrate Judge Theresa L. Fricke

FILED _____ LODGED
_____ RECEIVED

DEC 07 2018

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR 18-5579RBL-24 |
|---|---|
| Plaintiff, | |
| v. | MOTION FOR DETENTION ORDER |
| MICHAEL JOHN SCOTT, | |
| Defendant. | |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

___ Crime of violence (18 U.S.C. § 3156)

___ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

___ Crime with a maximum sentence of life imprisonment or death

_X_ Drug offense with a maximum sentence of ten years or more

___ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

MOTION FOR DETENTION/ MICHAEL JOHN SCOTT - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

\_\_\_ Felony offense involving a minor victim other than a crime of violence

\_\_\_ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

\_\_\_ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

__X__ Serious risk the defendant will flee

\_\_\_ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

__X__ Defendant's appearance as required

__X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

\_\_\_ Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release

__X__ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

\_\_\_ Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

\_\_\_ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

|   |   |
|---|---|
| 1 | 4.     Time for Detention Hearing.  The United States requests the Court conduct |
| 2 | the detention hearing: |
| 3 | ___  At the initial appearance |
| 4 |   |
| 5 | _X_  After continuance of 3 days |
| 6 | 5.     Other matters. |
| 7 | DATED this 7th day of December, 2018. |

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3800
Fax: (253) 428-3826
E-mail: marci.ellsworth@usdoj.gov