AO (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

RECEIVED
DEC 07 2018

United States of America
v.

MICHAEL JOHN SCOTT

*Defendant*

Case No. CR18-5579 RBL -24

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay MICHAEL JOHN SCOTT, who is accused of an offense or violation based on the following document filed with the court:

**X Indictment**   _ Superseding Indictment   _ Information   _ Superseding Information   _ Complaint
_ Probation Violation Petition   _ Supervised Release Violation Petition   _ Violation Notice   _ Order of Court

This offense is briefly described as follows:

Count 1 – Conspiracy to Distribute Controlled Substances, 21:841(a)(1), 841(b)(1), and 846

Date: November 30, 2018

City and state: Seattle, WA

*Issuing officer's signature*

Andy Quach, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) 12-4-18 ; and the person was arrested on (date) 12-6-18 at
(city and state) Tacoma, WA .
Date: 12-7-18

*Arresting officer's signature*
SA Colin Fine
*Printed name and title*