```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

          DEC 13 2018
            AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
   BY                      DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>24. MICHAEL JOHN SCOTT,<br><br>Defendant. | NO. CR18-5579RBL<br><br>ORDER CONTINUING CONDITIONS OF RELEASE SUPERSEDING INDICTMENT |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that conditions of release be continued as previously set.

DATED this 13th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING CONDITIONS OF RELEASE – 1
SUPERSEDING INDICTMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970