

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*1201 Pacific Avenue, Ste. 700*  Tel: (253) 428-3800
*Tacoma, WA 98402*  Fax: (253) 428-3836
*www.usdoj.gov/usao/waw*

December 17, 2018

**VIA ECF**

| | | | | |
|---|---|---|---|---|
| Colin Fieman, esq. | Emma Scanlan, esq. | Phil I Brenna, esq. | Wayne Fricke, esq. | Tim Lohraff, esq. |
| Atty for Hernandez | Atty for Castro | Atty for Berrelleza | Atty for Cervantes | Atty for Barrientos |
| Robert Flennaugh, esq. | Kevin Peck, esq. | David Hammerstad, esq. | Catherin Chaney, esq. | Lee Edmond, esq. |
| Atty for Urias Moreno | Atty for Zelaya | Atty for Valenzuela | Atty for Green | Atty for Kristovich |
| Jennifer Kaplan, esq. | Karen Unger, esq. | Amy Muth, esq. | Cooper Offenbecher, esq. | Jessica Hazelton, esq. |
| Atty for Riggins | Atty for E. Scott | Atty for M. Scott | Atty for Barajas | Atty for Salcedo |

Re: *United States v. Carlos Eduardo Lopez Hernandez, et al.*
No. CR18-5579RBL, USDC, W.D. Washington

Dear Counselors:

Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

Date: Friday, December 28, 2018
Time: 1:30 P.M.
Before: Theresa L. Fricke, United States Magistrate Judge
Place: Union Station Courthouse
1717 Pacific Avenue, Tacoma, Washington  98402

It will be necessary that you and your client be present at the time and place indicated above. You are required to participate in a pretrial services interview prior to the initial appearance. Contact the Pretrial Services Office at Union Station, Room 1152, 1717 Pacific Avenue, Tacoma, Washington, telephone number: (253) 882-3705 at least 24 hours prior to the scheduled hearing. After that, you must be processed by the U.S. Marshal's Service before the afternoon court appearance.

The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 et. seq.), and the District's Plan for Prompt Disposition of Criminal Cases. The Clerk's Office has copies of the local plan.

Please note, by General Order dated December 2, 1993, Magistrate Judges are authorized to accept guilty pleas to felony charges. Please coordinate with the Assistant United States Attorney assigned to the case in the event a guilty plea before trial is accepted.

Very truly yours,

ANNETTE L. HAYES
United States Attorney

*/s/ Salee Porter* for

MARCI L. ELLSWORTH
Assistant United States Attorney