JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:18-CR-5579 RBL |
| Plaintiff, | ) | |
| v. | ) | ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY |
| (1) CARLOS EDUARDO LOPEZ HERNANDEZ, | ) | |
| (2) DANIEL OSVALDO ROCHA LOPEZ, | ) | |
| (3) JAIME HEREDIA CASTRO, | ) | |
| (4) JUAN AVILES BERRELLEZA, | ) | |
| (5) EDGAR CABRERA, | ) | |
| (6) OTHON ALONSO VEA CERVANTES, | ) | |
| (7) CESAR LOYA SOTO, | ) | |
| (8) MANUEL LOYA SOTO, | ) | |
| (9) JULIAN GAUGE ORDONEZ, | ) | |
| (10) JOSE LUIS SIERRA BARRIENTOS, | ) | |
| (11) HECTOR MANUEL URIAS MORENO, | ) | |
| (12) JORGE VALENZUELA ARMENTA, | ) | |
| (13) URIEL ZELAYA, | ) | |
| (14) ARTURO FRIAS CEBALLOS, | ) | |
| (15) JUAN JOSE HIGUERA GONZALEZ, | ) | |
| (16) JESUS RENE SARMIENTO VALENZUELA, | ) | |
| (17) ALEK JAMES BAUMGARTNER, | ) | |
| (18) MONIQUE GREEN, | ) | |
| (19) ANDREW CAIN KRISTOVICH, | ) | |
| (20) BRIAN LIVELY, | ) | |
| (21) JOSE RANGEL ORTEGA, | ) | |
| (22) GERALD KEITH RIGGINS, | ) | |
| (23) ESTHER LA RENA SCOTT, | ) | |
| (24) MICHAEL JOHN SCOTT, | ) | |
| (25) KAREN SURYAN, | ) | |

ORDER APPOINTING COORDINATING
DISCOVERY ATTORNEY
(*U.S. v. Hernandez, et al.*; CR 18-5579 RBL) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

| | |
|---|---|
| (26) ORLANDO BARAJAS,<br>(27) OSCAR HUMBERTO CARRILLO SALCEDO,<br>(28) MARTIN GONZALEZ JIMENEZ,<br>(29) HECTOR MARIO JACOBO CHAIREZ,<br>(30) JESUS ALFONZO MORA QUINONEZ,<br>(31) RAMON PUENTES, AND<br>(32) GREGORY DAVID WERBER,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

It is hereby **ORDERED** that Russell M. Aoki is appointed as Coordinating Discovery Attorney for court-appointed defense counsel.

The Coordinating Discovery Attorney shall oversee any discovery issues that are common to all of the defendants. His responsibilities will include:

- Managing and, unless otherwise agreed upon with the Government, distributing discovery produced by the Government and relevant third-party information common to all defendants;

- Assessing the amount and type of case data to determine what types of technology should be evaluated and used so that duplicative costs are avoided and the most efficient and cost-effective methods are identified;

- Acting as a liaison with federal prosecutors to ensure the timely and effective exchange of discovery;

- Identifying, evaluating, and engaging third-party vendors and other litigation support services;

- Assessing the needs of individual parties and further identifying any additional vendor support that may be required—including copying, scanning, forensic imaging, data processing, data hosting, trial presentation, and other technology depending on the nature of the case;

ORDER APPOINTING COORDINATING
DISCOVERY ATTORNEY
(*U.S. v. Hernandez, et al.*; CR 18-5579 RBL) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

- Identifying any additional human resources that may be needed by the individual parties for the organization and substantive review of information; and

- Providing training and support services to the defense teams as a group and individually.

Therefore, the Coordinating Discovery Attorney shall assess the most effective and cost-efficient manner to organize the discovery with input from defense counsel.

Discovery issues specific to any particular defendant shall be addressed by defense counsel directly with the Government and not through the Coordinating Discovery Attorney. The Coordinating Discovery Attorney's duties do not include providing additional representation services, and he therefore will not be establishing an attorney-client relationship with any of the defendants.

The Government shall provide discovery to the Coordinating Discovery Attorney unless otherwise agreed. To avoid delay in providing discovery to defense counsel, any additional discovery not already produced shall be provided directly to the Coordinating Discovery Attorney, who shall duplicate and distribute the discovery to all defense counsel. The Government shall work with the Coordinating Discovery Attorney to provide discovery in a timely manner.

The Coordinating Discovery Attorney shall petition this Court, *ex parte*, for funds for outside services and shall monitor all vendor invoices for these services including confirming the work that was previously agreed to be performed. However, his time and the time spent by his staff will be paid by the Administrative Office of the U.S. Courts, Defender Services Office. All petitions for outside services shall include a

ORDER APPOINTING COORDINATING
DISCOVERY ATTORNEY
(*U.S. v. Hernandez, et al.*; CR 18-5579 RBL) - 3

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

basis for the requested funds and a determination that the costs of the services are reasonable.

The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of work and whether that work remains within the budget of any funds authorized by the Court.

IT IS SO ORDERED this 2nd day of January, 2019.

Ronald B. Leighton
United States District Judge

Presented by:

s/ *Colin Fieman*
Assistant Federal Public Defender
Attorney for Mr. Lopez Hernandez

ORDER APPOINTING COORDINATING
DISCOVERY ATTORNEY
(*U.S. v. Hernandez, et al.*; CR 18-5579 RBL) - 4

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**