Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-5579RBL |
| Plaintiff, | |
| vs. | DEFENDANT'S WAIVER OF TIME FOR TRIAL |
| MICHAEL JOHN SCOTT, | |
| Defendant. | |

I, MICHAEL JOHN SCOTT, am the defendant herein. I understand that I have the right, pursuant to 18 U.S.C. Section 3161(c)(1), to be tried within seventy (70) days of my arraignment. After consulting with my attorney, I agree to waive that right through December 31, 2019.

Dated this 25th day of January, 2019.

_____
MICHAEL JOHN SCOTT

Concurred in by:

_____
Amy I. Muth, WSBA #31862
Attorney for Michael John Scott

---

DEFENDANT'S WAIVER OF TIME FOR TRIAL
Page 1 of 2
CR18-5579RBL (Scott, Michael)

LAW OFFICE OF AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA 98104

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the United States of America and any counsel of record for the co-defendant(s).

Ian D. Saling, WSBA #53667
The Law Offices of Amy Muth, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA 98104
O: (206) 682-3222; F: (206) 267-0349
ian@amymuthlaw.com

DEFENDANT'S WAIVER OF PRESENCE
Page 2 of 2
CR18-5579RBL(Scott, Michael)

LAW OFFFICE OF
AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA 98104