Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-5579RBL |
| Plaintiff, | |
| vs. | DEFENDANT MICHAEL SCOTT'S RESPONSE TO GOVERNMENT'SMOTION TO CONTINUE TRIAL DATE |
| MICHAEL JOHN SCOTT, | |
| Defendants. | |

Defendant Michael John Scott does not object to the Government's motion to continue the current trial date of February 4, 2019 to December of 2019. Dkt. 289. He has filed a speedy trial waiver through December 31, 2019, and waiver of presence for the hearing scheduled for January 24, 2019.

Dated this 23rd day of January, 2019.

*s/Amy I. Muth*
Amy I. Muth, WSBA #31862
Attorney for Michael John Scott

DEFENDANT'S WAIVER OF PRESENCE
Page 1 of 2
CR18-5579RBL(Scott, Michael)

LAW OFFFICE OF
AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA 98104
(206)-682-3053

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the United States of America and any counsel of record for the co-defendant(s).

*s/Ian D. Saling*
Ian D. Saling, WSBA #53667
The Law Offices of Amy Muth, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA  98104
O: (206) 682-3222; F: (206) 267-0349
ian@amymuthlaw.com

DEFENDANT'S WAIVER OF PRESENCE
Page 2 of 2
CR18-5579RBL(Scott, Michael)

LAW OFFFICE OF
AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA 98104
(206)-682-3053