Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS EDUARDO LOPEZ HERNANDEZ, et al.,<br><br>Defendants. | NO. CR18-5579<br><br>**ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE** |

The Court has considered the United States' Motion to Continue Trial Date and its Memorandum in Support, requesting a continuance of the trial date and pretrial motions deadline. In light of the circumstances presented in the United States' motion,

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this is a complex case due to the number of defendants and corresponding volume of discovery to be provided, and that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself as those dates are currently set, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1
*United States v. Lopez Hernandez, et al.* / CR18-5579RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  necessary for effective preparation, taking into account the exercise of due diligence,
2  within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).
3      THE COURT FURTHER FINDS that the ends of justice will be served by
4  ordering a continuance in this case, that a continuance is necessary to ensure adequate
5  time for case preparation, and that these factors outweigh the best interests of the public
6  and the Defendants in a speedy trial.
7      Accordingly, IT IS ORDERED that the period of time from the date of this Order
8  until the new trial date of September 23, 2019, is excluded time pursuant to the Speedy
9  Trial Act, 18 U.S.C. § 3161(h)(7)(A).
10      Additionally, IT IS ORDERED that the pretrial motions deadline is reset to
11  August 23, 2019.

13      DONE IN OPEN COURT this 24th day of January, 2019.

Ronald B. Leighton
United States District Judge

Presented by:

*s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
KARYN S. JOHNSON
Assistant United States Attorneys

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2
*United States v. Lopez Hernandez, et al.* / CR18-5579RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800