The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL JOHN SCOTT, ) <br> ) <br> Defendant. ) | No. CR18-5579RBL <br><br> DEFENDANT MICHAEL JOHN SCOTT'S NOTICE OF JOINDER IN MOTION FOR RECONSIDERATION |

COMES NOW the Defendant, MICHAEL JOHN SCOTT, by and through his attorney, AMY I. MUTH of the LAW OFFICE OF AMY MUTH, PLLC, and joins in Defendant Carlos Lopez Hernandez's Motion and Memorandum of Law in Support of Reconsideration of Proposed Scheduling Order (DKT 417).

Dated this 27th day of February, 2019.

*s/ Amy I. Muth*
Amy I. Muth, WSBA #31862
Attorney for Michael John Scott
1000 Second Avenue, Suite 3140
Seattle, WA  98104
(206) 682-3053
amy@amymuthlaw.com

DEFENDANT SCOTT'S JOINDER NOTICE
Page 1 of 2
CR18-5579RBL (Michael John Scott)

LAW OFFICE OF AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA 98104
(206) 682-3053

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the United States of America and any counsel of record for the co-defendant(s).

*s/ Ian D. Saling*
Ian D. Saling, WSBA #53667
1000 Second Avenue, Suite 3140
Seattle, WA  98104
(206) 682-3222
ian@amymuthlaw.com

DEFENDANT SCOTT'S JOINDER NOTICE
Page 2 of 2
CR18-5579RBL (Michael John Scott)

LAW OFFICE OF AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA 98104
(206) 682-3053