Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_March 7_, 20_19_

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-5579RBL |
| Plaintiff, | |
| v. | **SECOND SUPERSEDING INDICTMENT** |

(1)   CARLOS EDUARDO LOPEZ HERNANDEZ,
(2)   DANIEL OSVALDO ROCHA LOPEZ,
(3)   JAIME HEREDIA CASTRO,
(4)   JUAN AVILES BERRELLEZA,
(5)   EDGAR CABRERA,
(6)   OTHON ALONSO VEA CERVANTES,
        Formerly charged under the name
        "Carlos Alejandro Castro Perez,"
(7)   CESAR LOYA SOTO,
(8)   MANUEL LOYA SOTO,
(9)   JULIAN GAUGE ORDONEZ,
(10)  JOSE LUIS SIERRA BARRIENTOS,
(11)  HECTOR MANUEL URIAS MORENO,
(12)  JORGE VALENZUELA ARMENTA,
(13)  URIEL ZELAYA,
(14)  ARTURO FRIAS CEBALLOS,
(15)  JUAN JOSE HIGUERA GONZALEZ,
(16)  JESUS RENE SARMIENTO VALENZUELA,
(17)  ALEK JAMES BAUMGARTNER,
(18)  MONIQUE GREEN,
(19)  ANDREW CAIN KRISTOVICH,

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
    (21)    JOSE RANGEL ORTEGA,
2
    (22)    GERALD KEITH RIGGINS,
    (23)    ESTHER LA RENA SCOTT,
3
    (24)    MICHAEL JOHN SCOTT,
4
    (25)    KAREN SURYAN,
    (26)    ORLANDO BARAJAS,
5
    (27)    OSCAR HUMBERTO CARRILLO
6
           SALCEDO,
    (28)    MARTIN GONZALEZ JIMENEZ,
7
    (29)    HECTOR MARIO JACOBO
8
           CHAIREZ,
    (30)    JESUS ALFONSO MORA
9
           QUINONEZ,
10
    (31)    RAMON PUENTES, and
    (32)    GREGORY DAVID WERBER,
11
12
               Defendants.

13
The Grand Jury charges that:

14
## COUNT 1
15
### (Conspiracy to Distribute Controlled Substances)

16
     Beginning at a time unknown and continuing until on or about December 6, 2018,
17
in Pierce, Kitsap, King, Skagit, and Snohomish Counties, within the Western District of
18
Washington, and elsewhere, CARLOS EDUARDO LOPEZ HERNANDEZ, DANIEL
19
OSVALDO ROCHA LOPEZ, JAIME HEREDIA CASTRO, JUAN AVILES
20
BERRELLEZA, EDGAR CABRERA, OTHON ALONSO VEA CERVANTES, CESAR
21
LOYA SOTO, MANUEL LOYA SOTO, JULIAN GAUGE ORDONEZ, JOSE LUIS
22
SIERRA BARRIENTOS, HECTOR MANUEL URIAS MORENO, JORGE
23
VALENZUELA ARMENTA, URIEL ZELAYA, ARTURO FRIAS CEBALLOS, JUAN
24
JOSE HIGUERA GONZALEZ, JESUS RENE SARMIENTO VALENZUELA, ALEK
25
JAMES BAUMGARTNER, MONIQUE GREEN, ANDREW CAIN KRISTOVICH,
26
JOSE RANGEL ORTEGA, GERALD KEITH RIGGINS, ESTHER LA RENA SCOTT,
27
MICHAEL JOHN SCOTT, KAREN SURYAN, ORLANDO BARAJAS, OSCAR
28
HUMBERTO CARRILLO SALCEDO, MARTIN GONZALEZ JIMENEZ, HECTOR

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  MARIO JACOBO CHAIREZ, JESUS ALFONSO MORA QUINONEZ, and RAMON

2  PUENTES, and others known and unknown, did knowingly and intentionally conspire to

3  distribute substances controlled under Title 21, United States Code, Section 812,

4  Schedules I and II, to wit: heroin, Fentanyl, and methamphetamine, contrary to the

5  provisions of Title 21, United States Code.

6               *Specific Quantity Allegations as to Heroin*

7         The Grand Jury further alleges that with respect to CARLOS EDUARDO LOPEZ

8  HERNANDEZ, DANIEL OSVALDO ROCHA LOPEZ, JAIME HEREDIA CASTRO,

9  JUAN AVILES BERRELLEZA, OTHON ALONSO VEA CERVANTES, CESAR

10 LOYA SOTO, JOSE LUIS SIERRA BARRIENTOS, HECTOR MANUEL URIAS

11 MORENO, ARTURO FRIAS CEBALLOS, JUAN JOSE HIGUERA GONZALEZ,

12 JESUS RENE SARMIENTO VALENZUELA, GERALD KEITH RIGGINS, MARTIN

13 GONZALEZ JIMENEZ, HECTOR MARIO JACOBO CHAIREZ, and JESUS

14 ALFONSO MORA QUINONEZ, their conduct as members of the conspiracy charged in

15 Count 1, which includes the reasonably foreseeable conduct of other members of the

16 conspiracy charged in Count 1, involved 1 kilogram or more of a mixture or substance

17 containing a detectable amount of heroin, in violation of Title 21, United States Code,

18 Section 841(b)(1)(A).

19        The Grand Jury further alleges that with respect to MONIQUE GREEN, KAREN

20 SURYAN, and URIEL ZELAYA, their conduct as members of the conspiracy charged in

21 Count 1, which includes the reasonably foreseeable conduct of other members of the

22 conspiracy charged in Count 1, involved 100 grams or more of a mixture or substance

23 containing a detectable amount of heroin, in violation of Title 21, United States Code,

24 Section 841(b)(1)(B).

25               *Specific Quantity Allegations as to Fentanyl*

26        The Grand Jury further alleges that this with respect to CARLOS EDUARDO

27 LOPEZ HERNANDEZ, DANIEL OSVALDO ROCHA LOPEZ, JAIME HEREDIA

28 CASTRO, JUAN AVILES BERRELLEZA, OTHON ALONSO VEA CERVANTES,

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  CESAR LOYA SOTO, MANUEL LOYA SOTO, HECTOR MANUEL URIAS

2  MORENO, JORGE VALENZUELA ARMENTA, ARTURO FRIAS CEBALLOS,

3  JUAN JOSE HIGUERA GONZALEZ, JESUS RENE SARMIENTO VALENZUELA,

4  ANDREW CAIN KRISTOVICH, ESTHER LA RENA SCOTT, MICHAEL JOHN

5  SCOTT, MARTIN GONZALEZ JIMENEZ, JESUS ALFONSO MORA QUINONEZ,

6  and RAMON PUENTES, their conduct as members of the conspiracy charged in

7  Count 1, which includes the reasonably foreseeable conduct of other members of the

8  conspiracy charged in Count 1, involved 400 grams or more of a mixture or substance

9  containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

10  propanamide (Fentanyl), and 100 grams or more of any analogue of N-phenyl-N-[1-(2-

11  phenylethyl)-4-piperidinyl] propanamide (Fentanyl), in violation of Title 21, United

12  States Code, Section 841(b)(1)(A).

13       The Grand Jury further alleges that with respect to ALEK JAMES

14  BAUMGARTNER and JOSE RANGEL ORTEGA, their conduct as members of the

15  conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of

16  other members of the conspiracy charged in Count 1, involved 40 grams or more of a

17  mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-

18  4-piperidinyl] propanamide (Fentanyl), and 10 grams or more of any analogue of N-

19  phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), in violation of Title

20  21, United States Code, Section 841(b)(1)(B.).

21               ***Specific Quantity Allegations as to Methamphetamine***

22       The Grand Jury further alleges that with respect to CARLOS EDUARDO LOPEZ

23  HERNANDEZ, DANIEL OSVALDO ROCHA LOPEZ, EDGAR CABRERA, OTHON

24  ALONSO VEA CERVANTES, JULIAN GAUGE ORDONEZ, URIEL ZELAYA, and

25  MARTIN GONZALEZ JIMENEZ, their conduct as members of the conspiracy charged

26  in Count 1, which includes the reasonably foreseeable conduct of the other members of

27  the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its

28  salts, isomers, and salts of its isomers, and 500 grams or more of a mixture or substance

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  containing a detectable amount of methamphetamine, its salts, isomers, and salts of its

2  isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

3      The Grand Jury further alleges that with respect to ANDREW CAIN

4  KRISTOVICH, his conduct as a member of the conspiracy charged in Count 1, which

5  includes the reasonably foreseeable conduct of the other members of the conspiracy

6  charged in Count 1, involved 5 grams or more of methamphetamine, its salts, isomers,

7  and salts of its isomers, and 50 grams or more of a mixture or substance containing a

8  detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in

9  violation of Title 21, United States Code, Section 841(b)(1)(B).

10     All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1), and

11  846.

12                          **COUNT 2**

13                  **(Conspiracy to Commit Money Laundering)**

14     Beginning at a time unknown, but within the last five years, and continuing

15  through December 6, 2018, in Skagit County, within the Western District of Washington,

16  and elsewhere, JAIME HEREDIA CASTRO, ORLANDO BARAJAS, and others known

17  and unknown, unlawfully and knowingly combined, conspired, confederated and agreed

18  together and with each other to commit certain money laundering offenses under Title 18,

19  United States Code, Section 1956, as follows:

20                      **1956(a)(1)(B)(i)**

21     Did conduct and attempt to conduct financial transactions, that is: transactions

22  involving the movement of funds by wire and other means affecting interstate and foreign

23  commerce, which in fact involved the proceeds of specified unlawful activity, that is,

24  conspiracy to distribute controlled substances, in violation of Title 21, United States

25  Code, Sections 841(a)(1) and 846, knowing that the transactions are designed in whole or

26  in part to conceal and disguise the nature, the location, the source, the ownership, and the

27  control of the proceeds of the specified unlawful activity, in violation of Title 18, United

28  States Code, Section 1956(a)(1)(B)(i); and

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 5

1  **1956(a)(1)(B)(ii)**

2  Did conduct and attempt to conduct financial transactions, that is: transactions

3  involving the movement of funds by wire and other means affecting interstate and foreign

4  commerce, which in fact involved the proceeds of specified unlawful activity, that is,

5  conspiracy to distribute controlled substances, in violation of Title 21, United States

6  Code, Sections 841(a)(1) and 846, knowing that the transactions are designed in whole or

7  in part to avoid a transaction reporting requirement under State and Federal Law, in

8  violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii).

9  The Grand Jury further alleges this offense was committed during and in

10  furtherance of the conspiracy charged in Count 1, above.

11  All in violation of Title 18, United States Code, Section 1956(h).

12  <u>**COUNT 3**</u>
13  **(Conspiracy to Commit Money Laundering)**

14  Beginning at a time unknown, but within the last five years, and continuing

15  through December 6, 2018, in King County, within the Western District of Washington,

16  and elsewhere, OSCAR HUMBERTO CARRILLO SALCEDO, CARLOS EDUARDO

17  LOPEZ HERNANDEZ, DANIEL OSVALDO ROCHA LOPEZ, EDGAR CABRERA,

18  GREGORY DAVID WERBER, and others known and unknown, unlawfully and

19  knowingly combined, conspired, confederated and agreed together and with each other to

20  commit certain money laundering offenses under Title 18, United States Code, Section

21  1956, as follows:

22  **1956(a)(1)(B)(i)**

23  Did conduct and attempt to conduct financial transactions, that is: transactions

24  involving the movement of funds by wire and other means affecting interstate and foreign

25  commerce, which in fact involved the proceeds of specified unlawful activity, that is,

26  conspiracy to distribute controlled substances, in violation of Title 21, United States

27  Code, Sections 841(a)(1) and 846, knowing that the transactions are designed in whole or

28  in part to conceal and disguise the nature, the location, the source, the ownership, and the

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 6

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   control of the proceeds of the specified unlawful activity, in violation of Title 18, United

2   States Code, Section 1956(a)(1)(B)(i); and

**1956(a)(1)(B)(ii)**

4     Did conduct and attempt to conduct financial transactions, that is: transactions

5   involving the movement of funds by wire and other means affecting interstate and foreign

6   commerce, which in fact involved the proceeds of specified unlawful activity, that is,

7   conspiracy to distribute controlled substances, in violation of Title 21, United States

8   Code, Sections 841(a)(1) and 846, knowing that the transactions are designed in whole or

9   in part to avoid a transaction reporting requirement under State and Federal Law, in

10  violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii).

11    The Grand Jury further alleges this offense was committed during and in

12  furtherance of the conspiracy charged in Count 1, above.

13    All in violation of Title 18, United States Code, Section 1956(h).

14  <u>**COUNT 4**</u>
15  **(Money Laundering)**

16    On or about November 29, 2018, in King County, in the Western District of

17  Washington, the Central District of California, and elsewhere, GREGORY DAVID

18  WERBER, did knowingly conduct and attempt to conduct a financial transaction

19  affecting interstate and foreign commerce, which transaction involved property

20  represented by a law enforcement officer to be the proceeds of specified unlawful

21  activity, specifically, distribution of controlled substances, in violation of Title 21, United

22  States Code, Section 841, with the intent to conceal and disguise the nature, location,

23  source, ownership and control, of property believed to be proceeds of specified unlawful

24  activity and to avoid a transaction reporting requirement under State or Federal law.

25    All in violation of Title 18, United States Code, Sections 1956(a)(3)(B),

26  1956(a)(3)(C) and 2.

27

28

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 7

## COUNT 5
### (Money Laundering)

On or about December 5, 2018, in King County, in the Western District of Washington, and elsewhere, GREGORY DAVID WERBER and OSCAR HUMBERTO CARRILLO SALCEDO, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which transaction involved property represented by a law enforcement officer to be the proceeds of specified unlawful activity, specifically, distribution of controlled substances, in violation of Title 21, United States Code, Section 841, with the intent to conceal and disguise the nature, location,  source, ownership and control, of property believed to be proceeds of specified unlawful activity and to avoid a transaction reporting requirement under State or Federal law.

All in violation of Title 18, United States Code, Sections 1956(a)(3)(B), 1956(a)(3)(C) and 2.

## COUNT 6
### (Possession With Intent to Distribute Controlled Substances)
### (31900 104th Avenue SE, Unit I-101, Auburn, Washington)

On or about August 31, 2018, at Auburn, within the Western District of Washington, CARLOS EDUARDO LOPEZ HERNANDEZ and DANIEL OSVALDO ROCHA LOPEZ did knowingly possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, substances controlled under Title 21, United States Code, Section 812, Schedules I and II, including heroin, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), and methamphetamine.

The Grand Jury further alleges that this offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, and 40 grams or more of a mixture or substance containing a detectable amount of Fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense charged in Count 1 (Conspiracy).

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 8

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B),

2   and Title 18, United States Code, Section 2.

### COUNT 7
**(Possession With Intent to Distribute Controlled Substances)**
**(22025 100th Avenue SE, Kent, Washington**

On or about December 6, 2018, at Kent, within the Western District of
Washington, CARLOS EDUARDO LOPEZ HERNANDEZ did knowingly possess, with
the intent to distribute, and aid and abet the possession of with the intent to distribute,
substances controlled under Title 21, United States Code, Section 812, Schedules I and II,
including heroin.

The Grand Jury further alleges that this offense was committed during and in
furtherance of the offense charged in Count 1 (Conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C),
and Title 18, United States Code, Section 2.

### COUNT 8
**(Possession With Intent to Distribute Controlled Substances)**
**(12212 SE 310th Street, Unit AA303, Auburn, Washington)**

On or about December 6, 2018, at Auburn, within the Western District of
Washington, CARLOS EDUARDO LOPEZ HERNANDEZ did knowingly possess, with
the intent to distribute, and aid and abet the possession of with the intent to distribute,
substances controlled under Title 21, United States Code, Section 812, Schedules I and II,
including heroin and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide
(Fentanyl).

The Grand Jury further alleges that this offense involved one kilogram or more of
a mixture or substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in
furtherance of the offense charged in Count 1 (Conspiracy).

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and
(b)(1)(C), and Title 18, United States Code, Section 2.

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 9

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### COUNT 9
**(Possession With Intent to Distribute Controlled Substances)**
**(Vehicle Located at 11247 SE 258th Place, Kent, Washington)**

On or about December 6, 2018, at Kent, within the Western District of Washington, JUAN AVILES BERRELLEZA did knowingly possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, substances controlled under Title 21, United States Code, Section 812, Schedules I and II, including heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense charged in Count 1 (Conspiracy).

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT 10
**(Possession With Intent to Distribute Controlled Substances)**
**(Trailer Located at 350 S. Burlington Boulevard, Burlington, Washington)**

On or about December 6, 2018, at Burlington, within the Western District of Washington, JOSE LUIS SIERRA BARRIENTOS did knowingly possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, substances controlled under Title 21, United States Code, Section 812, Schedules I and II, including heroin.

The Grand Jury further alleges that this offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense charged in Count 1 (Conspiracy).

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 10

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNT 11
### (Possession With Intent to Distribute Controlled Substances)
### (428 105th Street SW, Everett, Washington)

On or about December 6, 2018, at Everett, within the Western District of Washington, HECTOR MANUEL URIAS MORENO did knowingly possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, substances controlled under Title 21, United States Code, Section 812, Schedules I and II, including N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl).

The Grand Jury further alleges that this offense involved 400 grams or more of a mixture or substance containing a detectable amount of Fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense charged in Count 1 (Conspiracy).

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 12
### (Unlawful User of a Controlled Substance in Possession of Firearm)
### (28527 37th Place S, Auburn, Washington)

On or about December 6, 2018, at Auburn, within the Western District of Washington, URIEL ZELAYA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting interstate and foreign commerce firearms, that is:

1)   One Glock GMBH Model 19, 9mm pistol, bearing serial number HRH678;

2)   One Mossberg, Model 500A, 12 gauge shotgun, with obliterated serial number; and

3)   One Stevens Arms, Model 311, Series H, 12 gauge shotgun, bearing serial number C904877,

which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 11

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNT 13
### (Possession With Intent to Distribute Controlled Substances)
### (10545 SE 238th Street, Apt. 8, Kent, Washington)

On or about December 6, 2018, at Kent, within the Western District of Washington, JESUS RENE SARMIENTO VALENZUELA did knowingly possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, substances controlled under Title 21, United States Code, Section 812, Schedules I and II, including heroin and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl).

The Grand Jury further alleges that this offense involved one kilogram or more of a mixture or substance containing a detectable amount of heroin and 40 grams or more of a mixture or substance containing a detectable amount of Fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense charged in Count 1 (Conspiracy).

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 14
### (Possession With Intent to Distribute Controlled Substances)
### (1020 SW 305th Street, Federal Way, Washington)

On or about December 6, 2018, at Federal Way, within the Western District of Washington, MONIQUE GREEN did knowingly possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, substances controlled under Title 21, United States Code, Section 812, Schedules I and II, including heroin.

The Grand Jury further alleges that this offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense charged in Count 1 (Conspiracy).

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 12

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNT 15
### (Unlawful User of a Controlled Substance in Possession of Firearm)
### (2515 196th Street SW, Room 210, Lynnwood, Washington)

On or about December 5, 2018, at Lynnwood, within the Western District of Washington, ANDREW CAIN KRISTOVICH, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting interstate and foreign commerce firearms, that is:

1)      One FN Five-Seven 5.7x28mm caliber pistol, bearing serial number 386358000;

2)      One Spike's Tactical ST15 .22 caliber rifle with Eotech sight, bearing serial number NSL138149;

3)      One Smith & Wesson M&P-15 5.56 caliber rifle, bearing serial number TH98130;

4)      One Ballistic Advantage DCP3 .223 caliber rifle, bearing serial number BA01843; and

5)      One Palmetto State Armory PA-15 5.56 NATO caliber rifle, bearing serial number PI017940;

which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 16
### (Unlawful User of a Controlled Substance in Possession of Firearm)
### (222 SW Everett Mall Way, Unit 1073, Everett, Washington)

On or about December 5, 2018, at Everett, within the Western District of Washington, ANDREW CAIN KRISTOVICH, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting interstate and foreign commerce firearms, that is:

1)      One Springfield Armory Saint 5.56 caliber rifle, bearing serial number ST149614;

2)      One Spikes Tactical ST15 5.56 caliber rifle, bearing serial number DV039846;

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 13

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

3)      One Keltec RDB 5.56 caliber rifle, bearing serial number Z2R11;

4)      One CZ Scorpion EVO 3 9mm rifle, bearing serial number C688533;

5)      One Spikes Tactical ST15 5.56 caliber rifle, bearing serial number SCR058491;

6)      One AR-15 Multi Caliber rifle, bearing serial number 18946; and

7)      One Keltec KSG 12 gauge shotgun, bearing serial number XXAY54;

which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 17
### (Possession With Intent to Distribute Controlled Substances)
### (5824 152nd Street E, Puyallup, Washington)

On or about December 6, 2018, at Puyallup, within the Western District of Washington, GERALD KEITH RIGGINS did knowingly possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, substances controlled under Title 21, United States Code, Section 812, Schedules I and II, including heroin.

The Grand Jury further alleges that this offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense charged in Count 1 (Conspiracy).

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 18
### (Felon in Possession of Firearm)
### (5824 152nd Street E, Puyallup, Washington)

On or about December 6, 2018, at Puyallup, within the Western District of Washington, GERALD KEITH RIGGINS, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, to wit:

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 14

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

a.  *Distribution of Heroin and Possession of Firearm by Prohibited Person*, on or about March 22, 2013, in United States District Court for the Western District of Washington, Case No. CR12-207MJP; and

b.  *Violation of the Uniform Controlled Substances Act*, on or about March 1, 1999, in King County Superior Court, Case No. 99-1-00833-9;

did knowingly possess in and affecting interstate and foreign commerce firearms, that is:

1)  One Smith & Wesson M&P 40 .40 caliber pistol, bearing serial number DVX7047;

2)  One Norinco SKS 7.62 x 39mm caliber rifle, bearing serial number 8164364P; and

3)  One Bersa Thunder Ultra Compact Pro .45 caliber handgun, bearing serial number 563670;

which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## ASSET FORFEITURE ALLEGATIONS

### *Drug Offenses*

The allegations in Counts 1, 6 through 11, 13 through 14, and 17 of this Second Superseding Indictment are hereby realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of the felony drug offenses charged in Counts 1, 6 through 11, 13 through 14, and 17 of this Second Superseding Indictment, defendants CARLOS EDUARDO LOPEZ HERNANDEZ, DANIEL OSVALDO ROCHA LOPEZ, JAIME HEREDIA CASTRO, JUAN AVILES BERRELLEZA, EDGAR CABRERA, OTHON ALONSO VEA CERVANTES, CESAR LOYA SOTO, MANUEL LOYA SOTO, JULIAN GAUGE ORDONEZ, JOSE LUIS SIERRA BARRIENTOS, HECTOR MANUEL URIAS MORENO, JORGE VALENZUELA ARMENTA, URIEL ZELAYA, ARTURO FRIAS

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 15

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  CEBALLOS, JUAN JOSE HIGUERA GONZALEZ, JESUS RENE SARMIENTO

2  VALENZUELA, MONIQUE GREEN, ANDREW CAIN KRISTOVICH, JOSE

3  RANGEL ORTEGA, GERALD KEITH RIGGINS, ESTHER LA RENA SCOTT,

4  MICHAEL JOHN SCOTT, KAREN SURYAN, ORLANDO BARAJAS, OSCAR

5  HUMBERTO CARRILLO SALCEDO, MARTIN GONZALEZ JIMENEZ, HECTOR

6  MARIO JACOBO CHAIREZ, JESUS ALFONSO MORA QUINONEZ, and RAMON

7  PUENTES shall forfeit to the United States of America any and all property, real or

8  personal, constituting or derived from, any proceeds the defendants obtained, directly or

9  indirectly, as the result of such offenses, and shall further forfeit any and all property, real

10  or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate

11  the commission of, such offenses.  The property to be forfeited includes, but is not

12  limited to, the following:

13  a.    One hundred sixty-four thousand, one hundred and sixteen dollars

14        ($164,116.00), more or less, seized from 31900 104th Avenue Southeast,

15        Unit I-101, Auburn, Washington, on August 31, 2018;

16  b.    Four pairs of shoes, seized from 31900 104th Avenue Southeast, Unit I-

17        101, Auburn, Washington, on August 31, 2018;

18  c.    Seventy thousand, four hundred and fifty dollar ($70,450.00), more or less,

19        seized from 12212 SE 310th Street, Unit AA303, Auburn, Washington, on

20        December 6, 2018;

21  d.    Two thousand, eight hundred and fifty-two dollars ($2,852.00), more or

22        less, seized from 11247 SE 258th Place, Apartment D306, Kent,

23        Washington, on December 6, 2018;

24  e.    Seized from 28527 37th Place S, Auburn, Washington, on December 6,

25        2018:

26        1.    One Glock GMBH Model 19, 9mm pistol, bearing serial number

27              HRH678;

28

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2.    One Mossberg, Model 500A, 12 gauge shotgun, with obliterated serial number; and

3.    One Stevens Arms, Model 311, Series H, 12 gauge shotgun, bearing serial number C904877; and

4.    Miscellaneous ammunition;

f.    Ten thousand, two hundred and fourteen dollars ($10,214.00), more or less, seized from 10545 SE 238th Street, Apartment 8, Kent, Washington, on December 6, 2018;

g.    Two thousand, two hundred and three dollars ($2,203.00), more or less, seized from the person of ANDREW CAIN KRISTOVICH, on December 5, 2018;

h.    Seized from a green Ford Ranger bearing Washington license plate C41749L, located in Tulalip, Washington, on December 5, 2018:

1.    One Ruger Model EC9S, 9mm pistol, bearing serial number 455-33254;

2.    One Heckler and Koch Model VP9, 9mm pistol, bearing serial number 224-187814;

3.    One Ruger, Model SP101, .38 caliber revolver, bearing serial number 570-25328;

4.    One Storm Lake Machinery, unknown model/caliber, bearing serial number NM7791435;

5.    One Ruger Model SR45, .45 caliber pistol, bearing serial number 380-19717; and

6.    Miscellaneous ammunition and a magazine;

i.    Seized from 2515 196th Street SW, Room 210, Lynnwood, Washington, on December 5, 2018

1.    One FN Five-Seven 5.7x28mm caliber pistol, bearing serial number 386358000;

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 17

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2.     One Spike's Tactical ST15 .22 caliber rifle with Eotech sight, bearing serial number NSL138149;

3.     One Smith & Wesson M&P-15 5.56 caliber rifle, bearing serial number TH98130;

4.     One Ballistic Advantage DCP3 .223 caliber rifle, bearing serial number BA01843;

5.     One Palmetto State Armory PA-15 5.56 NATO caliber rifle, bearing serial number PI017940; and

6.     Miscellaneous ammunition, magazines, firearms parts and accessories, and body armor;

j.     Seized from Public Storage, Unit 1702, 222 SW Everett Mall Way, Everett, Washington, on December 5, 2018:

1.     One Aero Precision X15 rifle, bearing serial number XO95034;

2.     One Springfield Armory Saint 5.56 caliber rifle, bearing serial number ST149614;

3.     One Aero Precision M5 .308 caliber rifle, bearing serial number US70096;

4.     One Spikes Tactical ST15 5.56 caliber rifle, bearing serial number DV039846;

5.     One Keltec RDB 5.56 caliber rifle, bearing serial number Z2R11;

6.     One CZ Scorpion EVO 3 9mm rifle, bearing serial number C688533;

7.     One Spikes Tactical ST15 5.56 caliber rifle, bearing serial number SCR058491;

8.     One Aero Precision X15 .223 caliber rifle, bearing serial number X096897;

9.     One Aero Precision M5 .308 caliber rifle, bearing serial number US71941;

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 18

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

10.  One Aero Precision Freedom 5.56 caliber rifle, bearing serial number 3832;

11.  One Aero Precision AP-15 Rifle, bearing serial number PEW02147;

12.  One AR-15 Multi Caliber rifle, bearing serial number 18946;

13.  One Keltec KSG 12 gauge shotgun, bearing serial number XXAY54;

14.  One Aero Precision X15 .223 Caliber Rifle, bearing serial number X167500; and

15.  Miscellaneous ammunition, magazines, and firearms parts and accessories;

k.  Seized from 5824 152nd Street E, Puyallup, Washington, on December 6, 2018:

1.  One Smith & Wesson M&P 40 .40 caliber pistol, bearing serial number DVX7047, with a loaded magazine;

2.  One Norinco SKS 7.62 x 39mm caliber rifle, bearing serial number 8164364P;

3.  One Bersa Thunder Ultra Compact Pro .45 caliber handgun, bearing serial number 563670; and

4.  Miscellaneous ammunition;

l.  Forty-four thousand, three hundred and sixty-two dollars ($44,362.00), more or less, seized from 8024 150th Street SE, Snohomish, Washington, on December 6, 2018;

m.  One hundred and nineteen thousand, four hundred and ninety-eight dollars ($119,498.00), more or less, seized from 628 East Fairhaven Avenue, Burlington, Washington, on December 6, 2018;

n.  Eighteen thousand, and two dollars ($18,002.00), more or less, seized from 310 N. Anacortes Street, Burlington, Washington, on December 6, 2018;

1     o.     Nineteen thousand, four hundred dollars ($19,400.00), more or less, seized

2         from 229 Andover Parkway East, # 409, Tukwila, Washington, on or about

3         December 5, 2018;

4     p.     Twenty-four thousand, two hundred and ninety dollars ($24,290.00), more

5         or less, seized from 3608 The Strand, Apartment 3, Manhattan Beach,

6         California, on or about December 5, 2018; and

7     q.     Sums of money representing the proceeds that each defendant individually

8         obtained as a result of the Conspiracy to Distribute Controlled Substances,

9         as alleged in Count 1, above.

10   ***Money Laundering Offenses***

11       The allegations in Counts 2-5 of this Second Superseding Indictment are hereby

12  realleged and incorporated by reference herein for the purposes of alleging forfeiture to

13  the United States pursuant to Title 18, United States Code, Section 982(a)(1).

14       Upon conviction of the felony offense in violation of Title 18, United States Code,

15  Sections 1956, as charged in Counts 2-5 of this Second Superseding Indictment,

16  defendants JAIME HEREDIA CASTRO, ORLANDO BARAJAS, OSCAR

17  HUMBERTO CARRILLO SALCEDO, CARLOS EDUARDO LOPEZ HERNANDEZ,

18  DANIEL OSVALDO ROCHA LOPEZ, EDGAR CABRERA, and GREGORY DAVID

19  WERBER shall forfeit to the United States of America any property, real or personal,

20  involved in such offenses, and any property traceable to such property, including but not

21  limited to the following,

22     a.     Sums of money representing any property, real or personal, involved in the

23         offenses charged in Counts 2-5 of this Second Superseding Indictment, and

24         any property traceable to such property that each defendant individually

25         obtained;

26     b.     One hundred and nineteen thousand, four hundred and ninety-eight dollars

27         ($119,498.00), more or less, seized from 628 East Fairhaven Avenue,

28         Burlington, Washington, on December 6, 2018;

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 20

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

c.     Eighteen thousand, and two dollars ($18,002.00), more or less, seized from 310 N. Anacortes Street, Burlington, Washington, on December 6, 2018;

d.     Nineteen thousand, four hundred dollars ($19,400.00), more or less, seized from 229 Andover Parkway East, # 409, Tukwila, Washington, on or about December 5, 2018; and

e.     Twenty-four thousand, two hundred and ninety dollars ($24,290.00), more or less, seized from 3608 The Strand, Apartment 3, Manhattan Beach, California, on or about December 5, 2018.

**Firearms Offenses**

The allegations in Counts 12, 15-16, and 18 of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the felony offenses alleged in Counts 12, 15-16, and 18 of this Second Superseding Indictment, defendants URIEL ZELAYA, ANDREW CAIN KRISTOVICH, and GERALD KEITH RIGGINS, shall forfeit to the United States any firearms or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to, the following:

a.     Seized from 28527 37th Place S, Auburn, Washington, on December 6, 2018:

1.     One Glock GMBH Model 19, 9mm pistol, bearing serial number HRH678;

2.     One Mossberg, Model 500A, 12 gauge shotgun, with obliterated serial number; and

3.     One Stevens Arms, Model 311, Series H, 12 gauge shotgun, bearing serial number C904877; and

4.     Miscellaneous ammunition;

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 21

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

b.  Seized from 2515 196th Street SW, Room 210, Lynnwood, Washington, on December 5, 2018

   1.  One FN Five-Seven 5.7x28mm caliber pistol, bearing serial number 386358000;

   2.  One Spike's Tactical ST15 .22 caliber rifle with Eotech sight, bearing serial number NSL138149;

   3.  One Smith & Wesson M&P-15 5.56 caliber rifle, bearing serial number TH98130;

   4.  One Ballistic Advantage DCP3 .223 caliber rifle, bearing serial number BA01843;

   5.  One Palmetto State Armory PA-15 5.56 NATO caliber rifle, bearing serial number PI017940; and

   6.  Miscellaneous ammunition, magazines, firearms parts and accessories, and body armor;

c.  Seized from Public Storage, Unit 1702, 222 SW Everett Mall Way, Everett, Washington, on December 5, 2018:

   1.  One Springfield Armory Saint 5.56 caliber rifle, bearing serial number ST149614;

   2.  One Spikes Tactical ST15 5.56 caliber rifle, bearing serial number DV039846;

   3.  One Keltec RDB 5.56 caliber rifle, bearing serial number Z2R11;

   4.  One CZ Scorpion EVO 3 9mm rifle, bearing serial number C688533;

   5.  One Spikes Tactical ST15 5.56 caliber rifle, bearing serial number SCR058491;

   6.  One AR-15 Multi Caliber rifle, bearing serial number 18946;

   7.  One Keltec KSG 12 gauge shotgun, bearing serial number XXAY54; and

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 22

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

8.     Miscellaneous ammunition, magazines, and firearms parts and accessories;

d.     Seized from 5824 152nd Street E, Puyallup, Washington, on December 6, 2018:

1.     One Smith & Wesson M&P 40 .40 caliber pistol, bearing serial number DVX7047, with a loaded magazine;

2.     One Norinco SKS 7.62 x 39mm caliber rifle, bearing serial number 8164364P;

3.     One Bersa Thunder Ultra Compact Pro .45 caliber handgun, bearing serial number 563670; and

4.     Miscellaneous ammunition.

**Substitute Assets**

If any of the property described above, as a result of any act or omission of the defendants:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty,

//
//
//

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 23

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  it is the intent of the United States, pursuant to Title 21, United States Code, Section

2  853(p), to seek the forfeiture of any other property of the defendants up to the value of

3  the above-described forfeitable property.

4

5                                                    A TRUE BILL:

6                                                    DATED: 3 - 7 - 2019

7

8                                                    *(Signature of Foreperson redacted*
                                                     *pursuant to the policy of the Judicial*

9                                                    *Conference of the United States)*

10                                                   _____

11                                                   FOREPERSON

12

13  BRIAN T. MORAN
    United States Attorney

14

15

16  SARAH Y. VOGEL

17  Assistant United States Attorney

18

19

20  MARCI L. ELLSWORTH
    Assistant United States Attorney

21

22

23  KARYN S. JOHNSON
    Assistant United States Attorney

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT
*United States v. Lopez Hernandez, et al.* (CR18-5579RBL) - 24