



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*1201 Pacific Avenue, Ste. 700*   Tel: (253) 428-3800
*Tacoma, WA 98402*   Fax: (253) 428-3836
*www.usdoj.gov/usao/waw*

March 8, 2019

**VIA ECF**

| | | | | |
|---|---|---|---|---|
| Jeremy Delicino, Esq. | Emma Scanlan, Esq. | Phil I Brenna, Esq. | Stryder Wegener, Esq. | Nicholas Marchi, Esq. |
| Atty for Hernandez | Atty for Castro | Atty for Berrelleza | Atty for Cervantes | Atty for C. Soto |
| Tim Lohraff, Esq. | Robert Flennaugh, Esq. | Kevin Peck, Esq. | David Hammerstad, Esq. | Catherine Chaney, Esq. |
| Atty for Barrientos | Atty for Urias Moreno | Atty for Zelaya | Atty for Valenzuela | Atty for Green |
| Lee Edmond, Esq. | Jennifer Kaplan, Esq. | Karen Unger, Esq. | Amy Muth, Esq. | Jennifer Horwitz, Esq. |
| Atty for Kristovich | Atty for Riggins | Atty for E. Scott | Atty for M. Scott | Atty for Suryan |
| Cooper Offenbecher, Esq. | Jessica Hazelton, Esq. | Terrance Kellogg, Esq. | Robert Freeby, Esq. | Steven Krupa, Esq. |
| Atty for Barajas | Atty for Salcedo | Atty for Jimenez | Atty for Puentes | Atty for Werber |

Re:   *United States v. Carlos Eduardo Lopez Hernandez, et al.*
      No. CR18-5579RBL, USDC, W.D. Washington

Dear Counselors:

Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

|  |  |
|---|---|
| Date: | Monday, March 18, 2019 |
| Time: | 1:30 P.M. |
| Before: | Theresa L. Fricke, United States Magistrate Judge |
| Place: | Union Station Courthouse |
|  | 1717 Pacific Avenue, Tacoma, Washington  98402 |

It will be necessary that you and your client be present at the time and place indicated above. You are required to participate in a pretrial services interview prior to the initial appearance. Contact the Pretrial Services Office at Union Station, Room 1152, 1717 Pacific Avenue, Tacoma, Washington, telephone number: (253) 882-3705 at least 24 hours prior to the scheduled hearing. After that, you must be processed by the U.S. Marshal's Service before the afternoon court appearance.

The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 et. seq.), and the District's Plan for Prompt Disposition of Criminal Cases. The Clerk's Office has copies of the local plan.

Please note, by General Order dated December 2, 1993, Magistrate Judges are authorized to accept guilty pleas to felony charges. Please coordinate with the Assistant United States Attorney assigned to the case in the event a guilty plea before trial is accepted.

Very truly yours,

BRIAN T. MORAN
United States Attorney

*/s/ Salee Porter* for

MARCI L. ELLSWORTH
Assistant United States Attorney