HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR18-5579RBL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CATRLOS EDUARDO LOPEZ HERNANDEZ, et al, | |
| Defendant. | |

For the reasons given by the Government in its Opposition to Defendants' Motion for Reconsideration of Proposed Scheduling Order [Dkt. #485], the Motion is **DENIED**.

Dated this 12th day of March, 2019.

Ronald B. Leighton
United States District Judge

ORDER - 1