Judge Leighton

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS EDUARDO LOPEZ HERNANDEZ, *et al.*

Defendants.

No. CR18-5579-RBL

**NOTICE OF APPEARANCE
OF ADDITIONAL COUNSEL
FOR THE UNITED STATES**

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Matthew H. Thomas appears on behalf of the United States to assist with the forfeiture in this case.  Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Matthew H. Thomas at:

> MATTHEW H. THOMAS
> Assistant United States Attorney
> United States Attorney's Office
> 1201 Pacific Avenue, Suite 700
> Tacoma, WA  98402-4383
> Telephone: (253) 428-3800
> Fax:        (253) 428-3826
> E-mail: Matthew.H.Thomas@usdoj.gov

Notice of Appearance of Additional Counsel, CR18-5579-RBL  - 1

1      DATED this 10th day of May, 2019.

2

3                              Respectfully submitted,

4                              BRIAN T. MORAN
                               United States Attorney
5

6
                               /s/ Matthew H. Thomas
7                              MATTHEW H. THOMAS
8                              Assistant United States Attorney
                               United States Attorney's Office
9                              1201 Pacific Avenue, Suite 700
10                             Tacoma, WA  98402-4383
                               Telephone:    (253) 428-3800
11                             Fax:          (253) 428-3826
12                             E-mail: Matthew.H.Thomas@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3          I hereby certify that on May 10, 2019, I electronically filed the foregoing with the

4  Clerk of the Court using the CM/ECF system, which will send notification of such filing

5  to the parties.

6

7

8                                              /s/ Chantelle J. Smith

9                                              CHANTELLE J. SMITH
                                               FSA Supervisory Paralegal, Contractor

10                                             United States Attorney's Office
                                               700 Stewart Street, Suite 5220

11                                             Seattle, Washington  98101

12                                             206-553-2473
                                               Chantelle.Smith2@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800