Honorable Robert J. Bryan
Honorable Ronald B. Leighton

FILED ___ LODGED
___ RECEIVED
JUN 12 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS LOPEZ HERNANDEZ, et al., <br><br> Defendants. | CASE NO. CR18-5579RBL <br><br> **NOTICE OF RELATED CASES** |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COLIN BECCARIA, <br><br> Defendant. | NO. CR19-5251RJB <br><br> **NOTICE OF RELATED CASES** |

Comes now the United States of America, by Brian T. Moran, United States Attorney for the Western District of Washington, and Marci L. Ellsworth and Karyn S. Johnson, Assistant United States Attorneys for said District, and respectfully submits the following Notice of Related Cases pursuant to Local Criminal Rule 13(a) and (b).

The two cases captioned above are related cases.

On November 29, 2018, the Grand Jury charged 31 members of a large drug trafficking organization (DTO) with one count of Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)

NOTICE OF RELATED CASES
*United States v. Hernandez et al,* CR18-5579RBL
*United States v. Colin Beccaria,* CR19-5251RJB– 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

and 846 (Count 1), and some of those 31 individuals in two related money laundering counts, in case number CR18-5579RBL. Agents arrested many of the 31 indicted defendants on December 5-6, 2018, during a coordinated takedown of the investigation.

The coordinated takedown was the culmination of a year-plus long investigation conducted by the Drug Enforcement Administration that involved several periods of court-authorized wiretaps. In addition to obtaining the Indictment against the 31 individuals on November 29, 2018, agents also swore to a number of criminal complaints on December 4, 2018, and obtained arrest warrants for those individuals. During the takedown on December 5-6, 2018, agents also arrested a number of individuals on probable cause. Agents made *all* of these arrests as a part of the larger investigation. Additionally, there is a single search warrant affidavit underlying nearly every search made during the takedown. Even where agents swore to a different affidavit, it incorporated much of the same information as was contained in the large, single affidavit, all of which is the same information contained in the wiretap pleadings.

Due the overlap between the two cases (CR18-5579RBL and CR19-5251RJB), including common co-conspirator defendants and the common facts underlying both indictments, the United States files this notice to the Court of the related cases and requests the new case, CR19-5251RJB, be reassigned to Judge Ronald B. Leighton.

DATED this 12th day of June, 2019.

Respectfully submitted,

BRIAN T. MORAN
UNITED STATES ATTORNEY

/s/ Marci L. Ellsworth
MARCI L. ELLSWORTH
KARYN S. JOHNSON
Assistant United States Attorneys

NOTICE OF RELATED CASES
*United States v. Hernandez et al*, CR18-5579RBL
*United States v. Colin Beccaria*, CR19-5251RJB– 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800