Magistrate Judge Theresa L. Fricke

FILED _____ LODGED
_____ RECEIVED
JUN 18 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-5579RBL |
| Plaintiff, | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| MICHAEL JOHN SCOTT, | |
| Defendant. | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States

//
//
//

CONSENT TO RULE 11 PLEA
CR18-5579RBL/ MICHAEL JOHN SCOTT - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  District Judge will then decide whether to accept or reject my plea of guilty and any plea
2  agreement I may have with the United States and will adjudicate guilt and impose sentence.

4  DATED this 18th day of June, 2019.

_____
MICHAEL JOHN SCOTT
Defendant

_____
AMY MUTH
Attorney for Defendant

APPROVED:

_____
MARCI L. ELLSWORTH
Assistant United States Attorney

CONSENT TO RULE 11 PLEA
CR18-5579RBL/ MICHAEL JOHN SCOTT - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800