## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br>vs.<br>Michael Scott<br>　　　　　　Defendant. | No. 3:18CR05579RBL-024<br><br>WAIVER OF HEARING<br>MODIFICATION OF BOND CONDITIONS |

I, Michael Scott, have been advised that United States Probation Officer Gina L. Martinis will petition the Court for modification of my bond conditions as follows:

**REMOVE:**

The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

**ADD:**

The defendant shall participate in the location monitoring program Active Global Positioning Satellite / Passive Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist

I have also been advised that I am entitled to a hearing before the Court in which I would be represented by legal counsel in order to contest this proposed modification. I concur with the proposed modification and hereby waive such a hearing.

Dated this 17th day of July 2019

_____
Defendant, Michael Scott

_____
Probation Officer, Gina L. Martinis