Judge Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-5579 RBL |
| Plaintiff, | |
| v. | **NOTICE REGARDING FORFEITURE** |
| ESTHER LA RENA SCOTT, and MICHAEL JOHN SCOTT, | |
| Defendants. | |

The United States of America, through undersigned counsel, gives notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(B) that it is not seeking an order to judicially forfeit the $44,362.00 in U. S. currency that Defendants Esther La Rena Scott and Michael John Scott agreed to forfeit in their Plea Agreements because the Drug Enforcement Administration has already forfeited the money. *See* Dkt. Nos. 621, 626,

\\\
\\\
\\\

Notice Regarding Forfeiture, CR18-5579 RBL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 | and Ex. A.

2 | DATED this 23rd day of August, 2019.

3 | Respectfully submitted,

4 | BRIAN T. MORAN
5 | United States Attorney

6 |

7 | *s/Matthew H. Thomas*
MATTHEW H. THOMAS
8 | Assistant United States Attorney
United States Attorney's Office
9 | 1201 Pacific Avenue, Suite 700
10 | Tacoma, WA  98402
Telephone:    (253) 428-3800
11 | Facsimile:     (253) 428-3826
12 | E-Mail: Matthew.H.Thomas@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

           *s/Donna R. Taylor*
           DONNA R. TAYLOR
           FSA Paralegal III, Contractor
           United States Attorney's Office
           700 Stewart Street, Suite 5220
           Seattle, WA  98101
           Telephone:   (206) 553-4132
           Facsimile:    (206) 553-6934
           E-Mail: Donna.R.Taylor@usdoj.gov

# EXHIBIT A

U. S. Department of Justice

Drug Enforcement Administration

---

**Asset ID:** 19-DEA-647562          **Case #:** RY-18-0001
**Asset Description:** $44,362.00 U.S. Currency
**Seizure Date:** 12/06/2018          **Seizure Value:** $44362.00
**Adoption Date:**
**Seizure Place:** Snohomish, WA
**Owner Name:**
**Seized From:** Michael John Scott and Esther La Rena Scott
**Judicial District:** Western District of Washington

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT**

**ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to

all known parties who may have a legal or possessory interest in the property.  Also, in accordance

with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed

for the property within 30 days from the date of last publication of the advertisement.  On this date,

I have examined this matter, and found that there was sufficient information to support the forfeiture

of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United

States pursuant to 19 U.S.C. Section 1609.

Terrence J. King
Senior Attorney
Asset Forfeiture Section

AUG 0 9 2019

Date