Judge Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JUAN GAUGE ORDONEZ,<br><br>Defendant. | NO. CR18-5579 RBL<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Please take notice that Stephen Hobbs, Assistant United States Attorney, hereby files this Notice of Withdrawal of Counsel. AUSA Hobbs is no longer assigned to this case. AUSA Karyn S. Johnson, AUSA Marci L. Ellsworth, and AUSA Angelica Williams are counsel of record for this case.

//
//
//

Notice of Withdrawal - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 12th day of November, 2019.

2

3  Respectfully submitted,

4  BRIAN T. MORAN
5  United States Attorney

6

7  */s/ Stephen Hobbs*
   STEPHEN HOBBS
8  Assistant United States Attorney
9  700 Stewart Street, Suite 5220
   Seattle, WA 98101-1271
10 Telephone:  (206) 553-4301
11 Fax:        (206) 553-4440
   E-mail:     Stephen.hobbs@usdoj.gov
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Withdrawal - 2

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on November 12, 2019, I electronically filed the foregoing |
| 3 | with the Clerk of the Court using the CM/ECF system, which will send notification of |
| 4 | such filing to the attorney(s) of record for the defendant(s). |

<pre>
                                        s/ Alissa Harris
                                        ALISSA HARRIS
                                        Paralegal Specialist
                                        United States Attorney's Office
                                        700 Stewart Street, Suite 5220
                                        Seattle, Washington 98101-1271
                                        Phone: (206) 553-4439
                                        Fax: (206) 553-4440
                                        Email: Alissa.Harris@usdoj.gov
</pre>

Notice of Withdrawal - 3