The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN SCOTT,<br><br>Defendant. | NO. CR18-5579RBL<br><br>**UNITED STATES' MOTION TO SEAL** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Karyn S. Johnson, Assistant United States Attorney for said District, files this motion respectfully requesting that the Government's exhibits 1, 2, 5, 6 and 7 to the Government's Sentencing Memorandum, in the above-captioned matter be filed under seal and be allowed to remain under seal because they contain sensitive information not for public consumption. Copies have been provided to opposing counsel.

DATED this 17th day of January, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

UNITED STATES' MOTION TO SEAL - 1
CR18-5579RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

                        */s/ Lisa Crabtree*
                        LISA CRABTREE
                        Paralegal
                        United States Attorney's Office
                        1201 Pacific Avenue, Suite 700
                        Tacoma, Washington 98402
                        Telephone: (253) 428-3800
                        Fax: (253) 428-3826
                        E-mail: Lisa.Crabtree@usdoj.gov

UNITED STATES' MOTION TO SEAL - 2
CR18-5579RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800