Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL JOHN SCOTT, <br><br> Defendant. | NO. CR18-5579RBL <br><br> MOTION TO SEAL |

The Defendant by and through his attorney, Amy I. Muth, files this Motion to Seal.

The Defendant hereby requests that the Defendant's Sentencing Memorandum, which will be filed under seal following this motion, be allowed to remain under seal due to the sensitive information contained therein.

DATED this ___ of January, 2020.

Respectfully Submitted,

*s/Amy I. Muth*
AMY I. MUTH, WSBA #31862
Attorney for Defendant
Law Office of Amy Muth, PLLC
1000 Second Ave, Ste 3140
Seattle, WA 98101
(206) 682-3053
amy@amymuthlaw.com

MOTION TO SEAL
PAGE 1 OF 1
CR18-5579RBL

**LAW OFFICE OF
AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 9814
Tel: 206-682-3053

## CERTIFICATE OF SERVICE

I hereby certify that on January ___, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Amy Muth*
Amy I. Muth, Attorney
Law Office of Amy Muth, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA 98104
(206) 682-3222
amy@amymuthlaw.com

CERTIFICATE OF SERVICE
CR11-0052RSL

**LAW OFFICE OF
AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053