Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-5579RBL |
| Plaintiff, | |
| vs. | NOTICE OF FILING PHYSICAL MATERIAL WITH THE CLERK |
| MICHAEL JOHN SCOTT, | (Thumb Drive Containing Sentencing Exhibits 1 and 2) |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the defendant, Michael John Scott, by and through his attorney, Amy I. Muth, is filing one thumb drive which contains Exhibits 1 and 2 (videos) to the Defendant's Sentencing Memorandum for the Court's review in advance of the sentencing hearing scheduled for January 24, 2020, at 9:30 a.m. This thumb drive will remain in the Clerk's custody until appropriate disposition pursuant to the local rules of the Western District of Washington. A copy of the thumb drive is being provided to the government.

DATED this 17th day of January, 2020.

Respectfully Submitted,

s/Amy I. Muth
AMY I. MUTH, WSBA #31862
Attorney for Defendant
Law Office of Amy Muth, PLLC

NOTICE OF FILING PHYSICAL FILES WITH THE CLERK
PAGE 1 OF 1
CR18-5579RBL

LAW OFFICE OF
AMY MUTH, PLLC
1000 SECOND AVENUE, SUITE 3140
SEATTLE, WASHINGTON 9814
TEL: 206-682-3053

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Amy I. Muth*
AMY I. MUTH, WSBA #31862
Attorney for Defendant
Law Office of Amy Muth, PLLC
1000 Second Ave, Ste 3140
Seattle, WA 98101
(206) 682-3053
amy@amymuthlaw.com

NOTICE OF FILING PHYSICAL FILES WITH THE CLERK
PAGE 2 OF 1
CR18-5579RBL

**LAW OFFICE OF AMY MUTH, PLLC**
1000 SECOND AVENUE, SUITE 3140
SEATTLE, WASHINGTON 9814
TEL: 206-682-3053

CERTIFICATE OF SERVICE
CR11-0052RSL

**LAW OFFICE OF
AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053