# Attachment 3
# to Government's Sentencing Memorandum

























8

