# Attachment 4
# to Government's Sentencing Memorandum

Updated: March 15, 2013 - 4:04 PM



## Police say drug dealer living large while collecting welfare



Share

Updated: March 15, 2013 - 4:04 PM

**SNOHOMISH, Wash.** — A father of two was arrested, accused of running a major drug operation out of his posh Snohomish home, though detectives working the case found evidence the man has also been collecting welfare.

A detective called the suspect, 34-year-old Michael John Scott, "a large-scale drug dealer." Scott was arrested this week for suspicion of dealing cocaine.

Multiple residents of the upscale Snohomish neighborhood on 150th Street Southeast where Scott lives said they saw police mount a surveillance camera on a street light.

Content Continues Below



The only neighbor willing to be recorded by KIRO 7 asked to have her identity withheld out of fear.

"This is a very nice neighborhood. It surprises me because these are all wonderful people, wonderful neighbors, and we all have each other's back, and this is very, very upsetting," she said.

According to police documents, when members of the Eastside Narcotics Task Force searched Scott's home and vehicles after his arrest this week, in addition to $40,000 worth of coke and $17,000 in cash, they also reportedly found an EBT card issued by the Washington State Department of Social and Health Services.

Though Electronic Benefits Transfer cards are distributed to low-income families, Scott has a Porsche Cayenne in his driveway and his neighbors said the family has other high-end vehicles.

"I'm shocked because she drives a Mercedes, he drives a Porsche, they have a Hummer, they have a boat and they're having parties all the time," said a neighbor.

https://www.kiro7.com/news/police-say-drug-dealer-living-large-while-collecti/246235992/

Police documents also detail Scott's bank account with more than $64,000 in proceeds they say is from drug dealing.

"I'm shocked that he's on welfare. It's absolutely absurd that they're driving those kinds of cars and they're collecting welfare. Shocked," said a neighbor.

No one answered the door at Scott's home when KIRO 7 went there for comment.

A search warrant also revealed that 32 marijuana plants were found inside Scott's home because he's also a licensed medical pot provider.

He has since bailed out of jail.

"I immediately was very upset that they would let him out," said a neighbor.

Criminal charges against Scott are pending.

DSHS confirmed Scott is still receiving welfare benefits from the state, and the spokeswoman said not enough is known about the drug allegations to launch an investigation that could result in possibly pulling those benefits yet.

https://www.kiro7.com/news/police-say-drug-dealer-living-large-while-collecti/246235992/