UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN SCOTT, | CASE NO.   CR18-5579-24RBL<br><br>MINUTE ORDER |

NOW on this 11th day of June 2020, the Court directs the Clerk to enter the following Minute Order:

    The Arrest Warrant issued JANUARY 31, 2020 is QUASHED.

The foregoing Minute Order entered by Dara Kaleel, Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.

Minute Order - 1