Judge Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-5579 RBL |
| Plaintiff, | **NOTICE OF WITHDRAWAL** |
| v. | |
| CARLOS EDUARDO LOPEZ HERNANDEZ, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that Assistant United States Attorney Matthew H. Thomas hereby withdraws as attorney of record for the United States. AUSA Marci

///

///

///

///

Notice of Withdrawal, CR18-5579- RBL  - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON  98402
(253) 428-3800

Ellsworth will continue to represent the United States as attorneys of record.

DATED this 28th day of August, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

 /s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington  98402
Telephone: (253) 428-3800
E-mail: Matthew.H.Thomas@usdoj.gov

 /s/ Marci L. Ellsworth
MARCI L. ELLSWORTH
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington  98402
Telephone: (253) 428-380E-mail:
Marci.Ellsworth@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

        */s/ Carrie Olszewski*
CARRIE OLSZEWSKI
FSA Paralegal II, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Carrie.Olszewski@usdoj.gov