JUDGE ROBERT B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL SCOTT,<br><br>        Defendant. | NO. CR 18-5579 RBL<br><br>MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW<br><br>Noted on calendar for 12/11/2020<br>Oral argument requested |

COMES NOW Amy I. Muth, appointed counsel in this matter, and moves this Court for an order granting her leave to withdraw and for the appointment of new counsel to represent Mr. Scott in this matter. Because counsel is also appointed under CR 20-18 RJB, counsel will be filing this motion to withdraw under that cause number as well. This motion is supported by the declaration of counsel filed ex parte and under seal.

Respectfully submitted this Thursday, December 3, 2020.

                                            *s/Amy I. Muth*
                                            AMY I. MUTH, WSBA #31862
                                            Attorney for Defendant
                                            Law Office of Amy Muth, PLLC
                                            1000 Second Ave, Ste 3140
                                            Seattle, WA 98104
                                            (206) 940-0294
                                            amy@amymuthlaw.com

**MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW - 1**
CR 18-5579 RBL

**LAW OFFICE OF AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-267-0349

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all parties registered with the CM/ECF system.

*/s/ Catlin Gibson*
Catlin Gibson
Paralegal for Ms. Muth

**CERTIFICATE OF SERVICE - 1**

**LAW OFFICE OF AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-267-0349