Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN SCOTT,<br><br>Defendant. | NOs. CR20-018RJB and CR18-5579RJB<br><br>UNITED STATES' RESPONSE TO MOTION TO WITHDRAW AS ATTORNEY  [Dkt. 21/CR20-018RJB, and Dkt. 1272/CR18-5579] |

On December 3, 2020, Amy I. Muth, counsel for Defendant Michael John Scott, filed motions to withdraw as Defendant Scott's attorney in *United States v. Michael John Scott*, CR20-018RJB (the "2020 case"), and *United States v. Michael John Scott*, CR18-5579RJB (the "2018 case").  In the 2020 case, a grand jury has indicted Defendant Scott for alleged criminal conduct that occurred after sentencing in the 2018 case; that criminal conduct underlies the alleged violations of Defendant Scott's release bond that remain pending in the 2018 case.

Trial in the 2020 case is presently set for March 22, 2021, and the United States is prepared to proceed on that date.  Resolution of the pending violations in the 2018 case is related to the charged counts in the 2020 case.

UNITED STATES' RESPONSE TO MOTION TO WITHDRAW
AS ATTORNEY / *United States v. Michael John Scott* - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  The United States cannot take a position on Ms. Muth's pending motions. The
2  government is unaware (and should not be aware) of the basis on which Ms. Muth seeks
3  to withdraw as Defendant Scott's attorney.
4  DATED this 4th day of December, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:       (253) 428-3800
Facsimile:   (253) 428-3836
Email: Marci.L.Ellsworth@usdoj.gov

UNITED STATES' RESPONSE TO MOTION TO WITHDRAW
AS ATTORNEY / *United States v. Michael John Scott* - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800