JUDGE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR 18-5579 RBL |
| v. | ORDER GRANTING LEAVE TO WITHDRAW |
| MICHAEL SCOTT, | |
| Defendant. | |

This matter having come before the Court on the motion of counsel seeking leave to withdraw, and the Court having considered the motion, the declaration of counsel in support of the motion, and having heard from the defendant in this matter, the Court finds that good cause exists for the withdrawal of counsel in this matter: now, therefore,

IT IS HEREBY ORDERED that the motion seeking leave to withdraw is hereby granted. The Court further orders that new counsel be appointed to represent Mr. Scott in this matter.

DATED this 7th of December, 2020.

_____
ROBERT J. BRYAN
United States District Judge

**ORDER GRANTING LEAVE TO WITHDRAW - 1**
CR 18-5579 RBL

**LAW OFFICE OF AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
fax: 206-267-0349

1
2  Presented by:
   *s/Amy I. Muth*
3  AMY I. MUTH, WSBA #31862
   Attorney for Michael Scott
4  Law Office of Amy Muth, PLLC
   1000 Second Ave, Ste 3140
5  Seattle, WA 98104
   (206) 940-0294
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**ORDER GRANTING LEAVE TO WITHDRAW - 2**
CR 18-5579 RBL

**LAW OFFICE OF
AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-267-0349