Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CARLOS EDUARDO LOPEZ HERNANDEZ, et al. <br> Defendants. | NO. CR18-5579 RJB <br><br> GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |

Please take notice that James Oesterle, Assistant United States Attorney, hereby files this Notice of Withdrawal of Counsel in the above-referenced matter.

DATED this 7th day of April, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ James Oesterle*
JAMES OESTERLE
Assistant United States Attorney

GOVT'S NOTICE OF WITHDRAWAL OF COUNSEL - 1
*U.S. v. Carlos Eduardo Lopez Hernandez, et al.,* CR18-5579 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970