UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHN SCOTT, <br><br> Defendant. | CASE NO. CR18-5579RBL-24 <br><br> NOTICE OF INTENT <br> TO FORWARD PASSPORT |

An United States Passport and an United States Passport Card issued to the above named defendant were surrendered to the Court pursuant to a special condition of the appearance bond, and posted with the Clerk on December 12, 2018 and February 13, 2019.  Judgment was entered in this matter on January 24, 2020, (Doc #1036).

- 1

Absence any objections, the Clerk will forward --without additional notice-- the defendant's passport to Department of State thirty (30) days from the date of the filing of this notice. Objections to the return of the passport to Department of State should be directed to the Court in the form of a motion, and should include the alternative action requested as well as a proposed order.

Dated this 8th day of September, 2021.

/s/   RAVI SUBRAMANIAN
William M. McCool
District Court Executive/Clerk of Court

/s/ Kelly A. Miller
by Kelly A. Miller
Deputy Clerk